170 A.3d 339

JACLYN THOMPSON, PETITIONER–PETITIONER, v. BOARD OF TRUSTEES, TEACHERS' PENSION AND ANNUITY FUND, RESPONDENT–RESPONDENT.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005028–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.